CRIMINAL DOCKET — U.S. District Court

| | | | | | | | Case Filed | | Docket No. | Def |
|---|---|---|---|---|---|---|---|---|---|---|
| PO | District | 0539 | 03 | 3919 | | JUVENILE | AUBIN, George | | 2 | 24 | 93 | 00057 | 01 |
| Msd. | | | | 3919 | | ALIAS | | | | |
| Felony | District | Off | Judge/Magistr | | OFFENSE ON INDEX | 94-10254 | | 02 | | |

**APPEAL**

## I. CHARGES

| U.S. TITLE/SECTION | | CHARGED | ORIGINAL COUNTS |
|---|---|---|---|
| 18:371 | Conspiracy | (9/84-12/90) | 1 |
| 18:1344; 2 | Bank Fraud (ct. 2) (9/84-7/90) | | 1 |
| 18:1006; 2 | False Entries (ct. 3 & 4) (10/19/84) | | 2 |
| 18:1343; 2 | Wire Fraud (ct. 5) (9/84-12/84) | | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE | KEY DATE 2/24/93 | KEY DATE 2/26/93 | KEY DATE 5-10-94 |
|---|---|---|---|
| EARLIEST OF | APPLICABLE | | APPLICABLE |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began 6-6-94 | DISPOSITION DATE 6-6-94 | SENTENCE DATE 10-13-94 | | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | DISMISSED — HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ / Date Held ▶ | | |
| Arrest Warrant Issued | | 2/24/93 | | REMOVAL HEARING | | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | COMPLAINT ▶ | | | WAIVED / NOT WAIVED | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | | INTERVENING INDICTMENT | | |

Show last names and suffix numbers of other defendants on same indictment/information:

Richard Fuqua (2)

RULE   20   21   40   In   Out

## ATTORNEYS

U.S. Attorney or Asst.

Robert Webster, K. Lawson Pedigo, ~~J. Steve Hinkle~~ Jesse Hereford
Thomas B. Hamilton, Jr.

BAIL ● RELEASE

PRE INDICTMENT

Defense: 1 ☐ CJA, 2 ☒ Ret. 3 ☐ Waived 4 ☐ Self. 5 ☐ Non/Other 6 ☐ PD. 7 ☐ CD

Michael Maness USCA5
1900 North Loop West #500
Houston, TX 77018
713 680-9922

2525 Voss
Houston, TX 77057

**Attorney for Appeal**
**by USCA5**
**Gerald Goldstein**
**co-Counsel Samuel Buffone**

John Nation
2650 Maxus Energy Tower
717 N. Harwood LB 126
Dallas, TX 75201
214-953-1919

Samuel Buffone
ROPES & GRAY
One Franklin Square
1301 K Street, N.W.
Washington DC 20005-3333

George Aubin
#24199-077
FCI Beaumont
PO Box 26020
Beaumont, TX 77720

POST-INDICTMENT

| | |
|---|---|
| Release Date | 2/26/93 |
| Bail Denied | ☐ Fugitive |
| AMOUNT SET | ☒ Pers. Rec. / ☒ PSA |
| Date Set | Conditions ☐ 10% Dep. |
| ☐ Bail Not Made | ☐ Surety Bnd |
| Date Bond Made | ☐ Collateral / ☐ 3rd Prty / ☐ Other |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | | | | V. PROCEEDINGS | | EXCLUDABLE DELAY | | |
|------|--|--|--|----------------|--|---|---|---|
| DOCUMENT NO | | | | | | Start Date End Date | Ltr Code | Total Days |

3-93CR-057-T

DOCUMENT MULTIPLE DEFENDANT
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

(OPTIONAL) Show last name of defendant

**V. PROCEEDINGS**

**1993**

**FEB 24**

INDICTMENT (22).            AJF/amy

Warrant for Arrest Issued.         amy

**Feb 26**

ORDER SETTING CONDITIONS OF RELEASE...PR bond; surrender
passport to District Clerk in Dallas by noon 3/2/93. WFS/nbs
cys: deft, ausa, usm, pt, cnsl

ENTRY OF APPEARANCE OF COUNSEL Michael Maness, ret for deft
cys: judge, ausa, pt, pb, esther

Receipt for Passport Number 0321377 for John
George Aubin. (placed in vault)      amy

**MAR 4**

.MO...arraignment on counts 1-5 of 5 count indictment;
pre g/l; defendant enters aplea of ngpl; trial set
for 5/3/93 at 9:00 a.m.; bond continued; motion
due 3/15/93; responses to motions 3/22/93;
pretrial order to issue; defendant's motion to
modify conditions of release to be referred back
to magistrate. (1)         amy

PRETIAL ORDER...case is set for jury trial for
5/3/93 at 9:00 a.m.; pretrial motions by 3/15/93;
responses to pretrial motions by 3/22/93; requested
voir dire questions, proposed jury instructions,
witness lists, exhibit lists and motion in limine
by 4/29/93. Copies of exhibits shall be exchanged
by that date. (1).           RBM/amy
   dist/dkt'd 3/5/93

Defendant George Aubin's Motion for Permission to
Travel within the Continental U.S. (4).     amy

**MAR 5**

ORDER OF REFERENCE...motion for permission to
travel within the continental U.S., filed 3/4/93
is referred to US Magistrate Judge Sanderson
for hearing. (1)           RBM/amy

**Mar 8**

ORDER ON DEFENDANT GEORGE AUBIN'S MOTION FOR PERMISSION
TO TRAVEL WITHIN THE CONTINENTAL UNITED STATES...Deft's
mtn for permission to travel, for business purposes only,
within continental U.S. and Hawaii, is granted. Deft
shall advise this Court's Pretrial Services Agency, in
writing, in advance of such travel, of anticipated date
of departure, destination, & anticipated date of return
to Houston.             WFS/nbs
cys: judge, ausa, cnsl, pt, pb, usm, esther
dktd 3/8/93

**MAR 9**

Defendants Joint and Uncontested Motion for
Revised Scheduling Order and Continuance of Trial
Setting. (5)           amy

SEE NEXT PAGE

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   GEORGE AUBIN   Page 3   3:93-CR-057-T

AO 256A ⊕

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|----|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1993**

**Mar 10**   In re:  Misc 1251A Grand Jury Matter - per Court
Order of 3/10/93 in Misc. 1251A **UNSEALING** Misc
1251A Order of July 14, 1992 and placed in this
file with copy of Misc. 1251A order of this date.   gs

**MAR 9**   Return on Warrant for Arrest...arrested
2/26/93 by Robert N. Bettes, Special Agent
of FBI.   amy

**MAR 15**   DEFENDANT GEROGE AUBIN'S MOTION TO DISMISS INDICTMENT
AND TO STRIKE PREJUDICIAL SURPLUSAGE OR GRANT A BILL
OF PARTICULARS   svc

**APR 5**   Defendant George Aubin's Waiver of Speedy
Trial Rights. (3)

**APR 6**   Government's Request to File Response to
Defendant Aubin's Motion to Dismiss Indictment
and to Strike Surplusage of Grant a Bill of
Particulars. (3) OTJ.   amy

**APR 7**   ORDER...that the Government's Request to File
Response, filed 4/6/93 is granted.  The Clerk
of the Court shall file the Government's
Response to Defendant's Motion to Defendant
Aubin's Motion to Dismiss and Strike Surplusage
or Grant Bill of Particulars, the original
which accompanies this order. (1)
   dist'd/dkt'd 4/7/93   **RBM**/amy

Government's Response to Defendant Aubin's
Motion to Dismiss and Strike Surplusage or
Grant Bill of Particulars. (12)   amy

**APR 28**   ORDER...this case is continued to the Jury
Trial Docket at 9:00 a.m. on 9/6/93.
Reuqested voir dire questions, proposed jury
instructions, witness lists, exhibit lists
and copie of exhibits, and motions in limine
must be filed by 9/2/93. (2)
   dist'd 4/29/93; dkt'd 4/30/93   **RBM**/amy

**MAY 5**   ORDER...that Defendant George Aubin's Motion
to Dismiss Indictment and to Strike Prejudicial
Surplusage or Grant a Bill of Particulars,
filed 3/15/93, is denied. (5)
   dist'd 5/5/93; dkt'd 5/10/93   **RBM**/amy

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

GEORGE AUBIN

4

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| **AUG 16** | ORDER...this case is continued to the Jury Trial docket at 9:00 a.m. on 11/1/93. Requested voir dire questions, proposed jury instructions, witness lists, exhibit lists and copies of exhibits, and motions in limine must be filed by 10/28/93. (2)  dist'd/dkt'd 8/18/93          **RBM**/amy | | | | |
| **OCT 19** | **ORDER RESETTING TRIAL**...defendant Richard Fuqua has filed a motion to reset the trial in this case...it is therefore ordered that this case is reset to the jury trial docket on 1/4/94 at 9:00 a.m.  Requested voir dire questions, proposed jury instructions, witness lists, and exhibit lists must be exchanged and motions in limine must be filed no later than 12/30/93.  It is further ordered that the Defendant Fuqua's Second Motion for Continuance, filed 10/6/93, is granted. (2)  dist'd 10/19/93; dkt'd 10/22/93          **RBM**/amy | | | | |
| **DEC 3** | ORDER SETTING PRETRIAL CONFERENCE...a pretrial conference is scheduled for 12/30/93 at 9:00 a.m.  dist'd 12/3/93; dkt'd 12/8/93      **RBM**/amy | | | | |
| DEC 30 | Government's Witness List. (6)          amy | | | | |
| | Government's Exhibit List. (11)          amy | | | | |
| | Government's Proposed Voir Dire Questions. (10) | amy | | | |
| | Government's Motion in Limine to Prevent Reference to Irrelevant Matters and Brief in Support. (8)          amy | | | | |
| | Government's Requested Jury Instructions. (15+) | amy | | | |
| DEC 30 | MO...hearing on motions; pretrial conference held.          amy | | | | |
| | Sealed document.          amy | | | | |
| | Defendant's Exhibit List.          amy | | | | |
| | Defendant's Requested Voir Dire Questions.  amy | | | | |
| | Defendant's Witness List.          amy | | | | |
| | Defendant's Response to Government's Motion in Limine.          amy | | | | |
| | Defendant's Requested Jury Instructions.      amy | | | | |

Interval | Start Date | Ltr. | Total
(per Section II) | End Date | Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 256A ●

GEORGE AUBIN        PAGE #5

3-93CR-057-T

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | —(Document No.)— | (a) | (b) | (c) | (d) |

**1993**

DEC 30     Defendant's Motion in Limine.     amy

**1994**

JAN 3     Transcript of Pretrial Motions on 12/30/93
before Robert B. Maloney.     amy

JAN 5     **ORDER RESETTING TRIAL**...ordered that this case
is reset to the jury trial docket on 5/2/94
at 9:00 a.m. Requested voir dire questions,
proposed jury instructions, witness lists, and
exhibit lists must be exchanged and motions in
limine shall have been filed by 12/30/93. It
is further ordered that Defednant's Fuqua's Joint
and Uncon ested Motion for Continuance of Trial
Setting, filed 12/9/93 and Defendant Fuqua's
Supplement to the motion, filed 12/14/93
is granted. (2)
    dist'd 1/5/94; dkt'd 1/7/94     **RBM/**amy

    Sealed document.     amy

JAN 14     Government's Response to Defendant Aubin's
Motion in Limine. (14)     amy

Jan 21     Suppl. To Governemtn's Mtn for In Camera Review SEALED.     dla

JAN 31     **SEALED ORDER**     **RBM/**dla

**FEB 3**     **ORDER**...dfts' responses to Gov't application for
leave to take depo must be filed on or before
2/7/94     **RBM/**dla
dis'd 2/3     dkt'd 2/11

**FEB 14**     **ORDER GRANTING APPLICATION FOR LEAVE TO TAKE
DEPO : OVERRULING OBJ TO FUQUA'S LETTERS ROGATORY
REQUEST**...Ordered taht Govt's Obj to DFt's Fuqua's
Letters Rogatory Request filed 1/28/94 is over-
ruled. Further ordered that Dist Clerk shall
release this orig order & the orig Request for
Intl' Judicial Assist. to the US for tranmission
to the Cayman Islands & shall substitute cert
copies to be maintained in place of orig.
dist'd 2/15     dkt'd 2/16     **RBM/**dla

**MAR 14**     **ORDER**...granting pla's Motion for Appropriate
Relief.     dkt'd 3/15     dist'd 3/14     **RBM/**dla

Interval     Start Date    Ltr.   Total
(per Section II)     End Date    Code   Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
   AO 256A

GEORGE AUBIN p.6

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--------------------------|:---:|:---:|:--:|:--:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1994 | | | | | |
| MAR 15 | ORDER...granting pla's Motion for scheduling Cnf & setting scheduling cnf for 4/7/94 at 9am. RBM/dla          dist'd 3/15    dkt'd 3/15 | | | | |
| APR 7 | MO...Hearing on Motions.  Attys had filed M/Sched Problems.  Court discussed plans to call cases as follows: (1) US/Stein, (2) US/Wilson (3) US/Aubin & Fuqua, (4) US/Wilson #2 (5) Putnam & Brandford + 4 closes w/#1 settings.          dla | | | | |
| APR 11 | ORDER...setting pretrial cnf for 4/28/94 at 9:30am        dis't 4/13      dkt'd 4/13 RBM/dla | | | | |
| APR 25 | Pla's Substitution of Gtv't Counsel, re-placing J Steve Hinkle w/John Hinton III | | | | |
| May 6 | Govt's Exhibit List & Govt Proffer of Conspiracy Evidence.  dla. | dla | | | |
| MAY 9 | Dft's Motion for Continueance          dla | | | | |
| MAY 10 | PRELIMINARY CONSPIRACY FINDINGS...(refer to original order for specifics) RBM/dla dkt'd 5/10       dis't 5/10 | | | | |
| May 10 | Jury Roll                                          dla ORDER...denying dft's Motion for Contin-uance & denying dft Fuqua's Motion to Com-pel.          RBM/dla      dist'd 5/10 dk'td 5/10 <br><br>ORDER...denying Fuqua's Suppl Motion for Severance          RBM/dla dkt'd 5/10       dis't 5/10 <br><br>ORDER... denying Fuqua's Motion for Severance RBM/dla        dkt'd 5/10       dist' 5/10 | | | | |
| MAY 11 | Pla's Suppl Notice of Intent to Request Judicial Notice                    dla | | | | |
| MAY 9 | MO...Day 1 of Jury trial.  Pretrial Cnf held prior to trial.          dla | | | | |
| MAY 10 | MO...Day 2 of jury trial.  Jury selected & sworn, and voir dire begins.  Jury trial held.          dla | | | | |
| MAY 11 | MO...Day 3 of jury trial held.      dla | | | | |
| MAY 12 | MO...Day 4 of jury trial held      dla | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

GEORGE AUBIN p. 7

| UNITED STATES DISTRICT COURT | | 3:93cr57-T |
|---|---|---|
| CRIMINAL DOCKET   *U. S. vs* | | (2) |

AO 256A ●

| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | —(Document No.) — | (a) | (b) | (c) | (d) |

<u>1994</u>

MAY 16    'Dft's REquested Jury Instructions re:
Certification of Nonforeign Status    dla

Dft's Motion & Incorp Memo for Prod of
James Hague's Draft Affidavits & Rela-
ted Materials                           dla

**ORDER**...denying dft's motion to suppress
**RBM/dla**        dkt'd 5/17      dist'd 5/17

MAY 17    Dft's Motion & Incor Memo to Compel intro-
duction of deposition Testimony Pursuant
to Fed. R. Evid. 106                    dla

MAY 16    **MO**...day 5 of jury trial          dla

MAY 23    Dft's Request for Intro of George Aubin's
Depo testimony Pursuant to Rule 106   dla

MAY 23    Dft's Motion for Jgm of Acquittal     dla

Dft's Motion for Jgm of Acquittal on
Count 2                              dla

**MAY 17**    **MO**...6th Day of Jury trial.      dla

**MAY 18**    **MO**...7th Day of jury trial       dla

**MAY 20**    **MO**...8th Day of jury trial       dla

**MAY 23**    **MO**...9th day of jury trial       dla

MAY 24    **MO...10th day** of jury trial      dla

MAY 25    **MO...**11th day of jury trial      dla

MAY 26    **MO...**day 12 of jury trial        dla

MAY 31    **MO...**13 day of jury trial        dla

**JUN 1**     **ORDER**...Warden of FCI in Ft Worth TX
is ordered to release inmate Jarrett E
Woods Jr to Special Agents of IRS or FBI
for purpose of testifying in proceeding
6/1/94.  Inmate to be returned to correc-
tional facility at conclusion of proceed-
ing.
**RBM/dla**       dkt'd & dis'td 6/1/94

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

GEORGE AUBIN  p8

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | | (a) | (b) | (c) | (d) |

(Document No.)

**1994**

JUN 2 — Dft's Renewed Motion for jgm of acquittal    dla

**JUN 1** — **MO**...Day 14 of Jury trial          dla

ORDER...Warden of FCI in Ft Worth TX is
ordered to release inmate Jarrett E Woods
Jr to Special Agents of the IRS or FBI for
purpose of testifying in proceeding on
6/2 & 6/3/94.  Inmate to be returned to
correctional facility at conclusion of pro-
ceeding.       **RBM/dla**      dkt'd & dis't
6/2/94

JUN 2 — **MO**...Day 15 of Jury Trial.  Juror J Duck did
not get here until 11am (his wife was ill).
Jurors to return at 9:30 tomorrow for final
arguments                   dla

JUN 3 — JURY NOTES                    dla

**MO**...Day 16 of Jury Trial.  Evidence concluded,
Fnl arguments, Court's charge to jury, jury
deliberating, Jury verdict rendered.  Jury
trial ends.  Sentencing set for 9/1/94 at
3pm.  Jury deliberated from 3:45 bringing
in verdict at 10pm (dft Aubin found guilty
on cts 1,2,5; dft Fuqua found no guilty on
all counts)                dla

JUN 6 — VERDICT OF JURY             dla

**SCHEDULING ORDER**...presentence report due
7/14/94;  objs to presentence report or state-
ment adopting report due 7/25/94; if objs
deliverd, prob must disclose addendum by 8/
8/94; objs to this addendum due by 8/15/94
Sentencing hrg set for 9/1/94 at 3pm
**RBM/dla**             dkt & dist'd 6/7/94

**Court's Charge to the Jury**       **RBM/dla**

JUN 8 — Memo to File from JT:  Trial exhibits May
& June, '94   ;   Reporter: S. Engledow
(in 3 redweld folders)   To the Clerk on
6/8/94                      dla

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|------|------|------|------|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

GEORGE AUBIN       p.9

3:93cr57-T

AO 256A ®

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------------------------|---------------------|
|      | (Document No.) | (a) | (b) | (c) | (d) |

**1994**

**JUN 10**   ORDER...declaring moot dft's Fuqua's
Motions for Jgm of Acquittal filed by
Fuqua on 5/23/94, 5/25/94, & 6/3/94
**RBM**/dla       dis't 6/10    dkt'd 6/13

ORDER...granting in part motion to compel
introduction of Fuqua's & Aubin's Depo
testimony (refer to orig order for speci-
fic's)   **RBM**/dla    dis't 6/10    dkt'd 6/13

JUN 14   DFt's Unoppsed Motion for Extension of
Time to file post Trial Motions       dla

Dft's Post-Verdict Motion for Jgm of
Acquittal & Motion for New Trial       dla

ORDER...granting Aubin's Unopposed Motion
for extension of time to file Post-Trial
Motions, to be filed by 6/30/94.  Govt's
response to motions & Aubin's previous
motions for acquittal shall be due 6/30/94
**JAS**/dla      dis't 6/16      dkt'd 6/20

JUN 20   DFT'S Amd Post-Verdict Motion for jgm of
Acquittal & Amd Motion for New Trial    dla

JUN 28   Pla's Motion to Substitute Exhibits      dla

JUN 30   Pla's Opposition to Dft's Amended Post-
Verdict Motion for Jgm of Acquittal &
Amended Motion for New Trial         dla

**JUL 1**   ORDER...granting pla's request to substi-
tute copies of various orig tax returns
& records used as exhibits.  Pla to file
a report of the exhibits which were re-
placed.    **RBM**/dla    dkt 7/7/95  dis't
7/5/94

JUL 8   Pla's Suppl Opposition to Dft's Amd Post
Verdict Motion for Jgm of Acquittal & Amd
Motion for new trial             dla

JUL 14   Memo to file; Released original Exhibits
A1, A3-A7 to Craig A Tucker to be copied
& substituted                 dla

# SEE NEXT PAGE

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                  GEORGE AUBIN p10                        3:93cr57-
        AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | ─(Document No.)─ | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| JUL 14 | Joint Motion by Aubin & Fuqua for Leave to Interview Jurors              dla | | | | |
| JUL 15 | SUBSTITUTED exhibits returned              dla | | | | |
| JUL 18 | Pla's Opposition to Joint Motion for Leave to Interview Jurors              dla | | | | |
| Jul 20 | Report to Court (Govt)              gs | | | | |
| JUL 29 | DFt's Reply to PLa's Opposition to dft's Amd Post-Verdict Motion for Jgm of Acquittal & Amd Motion for New Trial              dla | | | | |
| AUG 1 | **ORDER**...granting Jt. Motion for Leave to Interview Jurors.  Ordered that Clerk shall forward a copy of this order to ea juror empaneled to sit in this matter.  **RBM**/dla dkt'd & dis'td 8/1 | | | | |
| | **ORDER**...denying dft's Motion for Jgm of Acquittal & for New Trial   **RBM**/dla dkt'd & dis'td 8/1 | | | | |
| Aug 25 | Govt's sentencing memorandum.              cm | | | | |
| Sept 1 | Deft Aubin's motion to continue sentencing.              cm | | | | |
| Sept 6 | REVISED SCHEDULING ORDER...The sentencing hearing is reset to 10/13/94 1:00 pm...No other scheduling deadline is extended by this order.       Dist 9/12/94    Dkt'd 9/23/94              RBM/cm | | | | |
| Oct 6 | Supplement to govt's sentencing memorandum.              cm | | | | |
| Oct 11 | Deft Aubin's sentencing memorandum and response in opposition to govt's sentencing memorandum and supplement to sentencing memorandum.              cm | | | | |
| Oct 11 | Deft Aubin's motion to continue conditions of release pending appeal.              cm | | | | |
| Oct 12 | DEFENDANT GEORGE AUBIN'S MOTION FOR RECONMSIDERATION OF ORDER DENYING MOTIONS FOR JUDGMENT OF ACQUITTAL AND FOR NEW TRIAL.              gs | | | | |
| Oct 13 | **M.O.**  Sentencing held on Cts 2&5 deft CBOP for a term of 60 mths on Ct 1 and 5 yrs on Cts 2&5  and sentence in cts 2&5 to run cc with Ct 1 sentence. Rest in amount of $43,773,552.  $100 MSA. Deft to remain on Bond.     CR Sue Engledow. | | | | |

SEE NEXT PAGE

|  | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|---------------------------|---------------------|-----------|------------|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 256A ●

GEORGE AUBIN          Page 11

3:93-cr-057-T

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
| | ──(Document No.)── | | | | |

**1994**

**Oct 14**   ORDER DENYING DEFT GEORGE AUBINS'S MOTION FOR
RECONSIDERATION OF ORDER DENYING MOTIONS FOR JUDGMENT
OF ACQUITTAL AND FOR NEW TRIAL... motion filed on
October 12, 1994 is DENIED.
    Dist 10/17/94  dkt 10/21/94          RBM/gs

**Oct 17**   ORDER GRANTING MOTION TO CONTINUE CONDITIONS
OF RELEASE PENDING APPEAL... that deft Aubin's
motion for release pending appeal is GRANTED (see
order for all specifics) upon the failure of deft
to post an acceptable bond he will report to the
d^signated institution by 2:00 pm on 11/10/94
    Dist 10/18  dkt 10/21/94          RBM/gs

**Oct 20**   JUDGMENT IN A CRIMINAL CASE (For offenses committed
after November 1987)  On cT 1 deft sentenced to
60 months CBOP; found N.G. on Cts 3&4.  MSA $50.00
Supervised RElease for a term of 3 yrs with spec
conditions.  Dist to all.  Judge RBM. Sentencing
on 10/13/94 entered on docket on 10/21/94.   RBM/gs

JUDMGENT IN A CRIMINAL CASE (For offenses committed
prior to November 1987)  Deft found guilty on Cts
2 & % and Cts 3&5 N.G. and deft is sent to COAG for
a term of 5 yrs on Cts 2 & 5 to Run concurrently with
each and other and to sentence in Ct. 1 (of 5 years)
MSA of $100.00. Dist to all.  Judge RBM. Sentenced
on 10/13/94 entered on docket on 10/21/94.  RBM/gs

**Oct 21**   NOTICE OF APPEAL from judgments and conviction,
sentence and order of restitution and deft expressly
appeals the incorrect application of the US Sentencing
guidelines and the imposition of all sentences on
violation of the law.                    •
    Cpy to Judge, AUSA, PT, PB USM.  Fee paid $105.00
        **TO to Cnsl.**                      gs

Mailed certified copies of notice and dkt entries
to USCA5.                                 gs

**Oct 21**   1 envelope of MATERIALS UNSED IN SENTENCING.
(Placed in file)                         gs

**Nov 2**    Exhibits removed from exhibit room and with
Court Reporter Sue Engled^w.             gs

**Nov 4**    DEFENDANT GEORGE AUBIN'S MOTION FOR APPROVAL OF
SURETY B OND AND CONDITIONS OF RELEASE.   gs

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                   GEORGE AUBIN          Page 12                    3:93-CR-0
   AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
|      | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| NOv 9 | **AMENDED ORDER GRANTING MOTION TO CONTINUE CONDITIONS OF RELEASE PNEDING APPEAL**......Deft motion is granted and the deft shall prost an acceptable Surety Bond or Certificate of Deposit in the amount of $50,000; upon the failure of the deft ot post bond he will report to the designated institution by 2:p.m. on 11/10/94.  Dist 11/10/94    dkt 11/14/94.          RBM/gs | | | | |
| Nov 10 | **Appeal Bond..** in the amount of $50,000.          gs | | | | |
| | **ORDER SETTING CONDITIONS OF RELEASE...** the deft cannot travel outside the State of Texas except for travel with the continental US and Hawaii for business purposes only and report to Pretrail Svs on a regular basis and execcute an acceptable Surety Bond or Certificate of Deposit in the amount of $50,000.  Dist 11/10/94   Cpy to Judge and Magistrate.          gs | | | | |
| Nov 18 | **ORDER FROM USCA5...** Under local rule 412.3 is DISMISSED for want of prosecution for failure of appellant to order transcript and make financial arrangments.   Cpy to Judge.          gs | | | | |
| Nov 23 | **T.O.  ORDERED** Jury Trial proceedings May 9 through June 6, 1994 by Michael Maness Cnsl. for deft.   gs | | | | |
| **1995** | | | | | |
| Jan 27 | TRANSCRIPT OF PRETRIAL MOTIONS proceedings held on May 9, 1994 before the Hon. Robt. B. Maloney submitted by Sue Engledow    Vol 1          gs | | | | |
| | TRANSCRIPT  OF PROCEEDINGS held on May 10, 1994 before the Hon. Robt. B Maloney, submitted by Sue Engledow Vol 11          gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS HELD ON May 11, 1994 before the Hon. Robt. B Maloney, submitted by Sue Engledow. Vol III          gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 12, 1994 before the Hon. Robt. B. Maloney, submitted by Sue Engledow Vol IV.          gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS HELD on May 16, 1994 before the Hon. Robt. B. Maloney, Submitted by Sue Engledow. Vol V.          gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 17, 1994 before the Hon. Robt. B. Maloney, submitted by Sue Engledow Vol VI.          gs | | | | |

SEE NEXT PAGE

|  | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | *U. S. vs* | George Aubin | Page 13 | 3:93-cr-057-T |
|---|---|---|---|---|

AO 256A ●

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1995**<br>Jan 27 | TRANSCRIPT OF PROCEEDINGS held on May 18, 1994 before the Hon. Robt. B Maloney   Vol VII                          gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 20, 1994 before the Hon. Robt. B. Maloney  Vol VIII.              gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 24, 1994 before the Hon Rob. B. Maloney  Vol X.                  gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 23, 1994 before the Hon. Robt. B Maloney  Vol IX submitted by Sue Engledow.                                              gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 25, 1994 before the Hon. Robt. B Maloney Vol XI submitted by Sue Engledow.                                      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 26, 1994 before the Hon. Robt. B Maloney Vol XII submitted by Sue Engledow. | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 31, 1994 before the Hon. Robt. B. Maloney Vol XIV submitted by Sue Engledow.                                      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 1, 1994 before the Hon. Robt. B Maloney Vol XIV submitted by Sue Engledow.                                      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 2, 1994 before the Hon. Robt. B Maloney Vol XVI submitted by Sue Engledow.                                      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 3, 1994 before the Hon. Robt. B. Maloney  Vol XVI submitted by Sue Engledow.                                      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on October 13, 1994 Sentencing before the Hon. Robt. B Maloney submitted by Sue Engledow | | | | |
| Feb 15 | TRANSMITTED RECORD ON APPEAL TO USCA5 consisting of 3 vols of original case papers; 18 vols of Transcripts; 1 envelope of Material used in Sentencing; 1 Envelope SEALED containing 4 sealed pldgs; 1 PSI SEALED and 1 box of exhibits.                                   gs | | | | |
| Jun 6 | TRANSCRIPT OF VOIR DIRE BEFORE THE HON. ROBT. B. MALONEY on May 10, 1994 submitted by Sue Engledow.     gs | | | | |
| | TRANSCRIPT OF COURT'S CHARGE & ARGUMENTS BEFORE THE HON. ROBT. B MALONEY as submitted by Sue Engledow CR.                                                gs | | | | |
| Jun 6 | MTN TO SUPPLEMENT RECORD **GRANTED AT USCA5.**         gs | | | | |

| Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A

GEORGE AUBIN         Page 14         3:93-cr

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1995** | | | | | |
| Jun 7 | TRANSMITTED  SUPPLEMENTAL RECORD ON APPEAL CONSISTING OF 2 vols of TRANSCRIPT FILED On 6/6/95 with updated copy of docket sheet.      gs | | | | |
| **Jul 20** | **ORDER FROM USCA5**...that the unopposed motion of appellant to clarify and modfy unopposed motion for extension of time to file his brief is DENIED.     Cpy to Judge.     gs | | | | |
| Aug 2 | TRANSMITTED SUPPLEMENTAL RECORD TO USCCA5 consisting of 3 vols of Co-deft Fuqua pleadings and 1 vol of 1 pleading under separate cover for a TOTAL of 4 vols, 1 envelope SEALED of PSI information received from Probation, with updated docket entries.      gs | | | | |
| Sep 12 | Received letter from USCA5 that the appellee's  unopposed motion to supplement the record is GRANTED (suppl docs supplied to USCA5 by Appellee)      gs | | | | |
| **1996** | | | | | |
| Feb 22 | TRANSMITTED TO USCA5 **3RD** SUPPLEMENTAL RECORD ON APPEAL consisting of 3 vols of case papers of co-deft Fuqua for purposes of appeal of George Aubin and as requested by deft counsel. | | | | |
| Mar 21 | TRANSCRIPT FILED of proceedings of Petrial held on 4/28/94 before Judge Maloney and submitted by Sue Engledow. | | gs | | |
| Mar 22 | Transmitted to USCA5 **4th** SUPPLEMENTAL RECORD ON APPEAL consisting of 1 vol of transcript of pretrial proceedings with updated docket entries.      gs | | | | |
| May 14 | Abstract of Judgment in favor of the USA against George Aubin in the amt. of $43,773,552.25.  (iss-2)     1h filed by U S Atty Finan Litigation Unit | | | | |
| Jul 26 | USA Passport #G321377 of George J. Aubin returned to Department of State (expired; more than one year since conviction)      nbs | | | | |
| Sep 3 | DFT GEORGE AUBINS'S MOTION FOR NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE BASED ON NEWLY DISCOVERED EXCULPATORY EVIDENCE. 15+    gs (Und seperate cover) | | | | |
| Sep 3 | MOTION FOR LEAVE TO APPEAR PRO HAC VICE. (2)      gs (Atty Samuel Buffone) | | | | |
| Sep 6 | GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF RESPONSE TIME      klm | | | | |
| Sep 9 | **ORDER**...govt's unopposed motion is granted.  The govt shall have until 9/27/96 to file its response.     cy to Judge      RBM/klm | | | | |

Interval     Start Date    Ltr.   Total
(per Section II)    End Date   Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    GEORGE AUBIN                Page 15          3:93-CR-057-T(2)

AO 256A ●

| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY | | | |
|------|------------------------------------------|:---:|:---:|:---:|:---:|
| | | (a) | (b) | (c) | (d) |

**1996**

**Sep 9** — **ORDER PROVISIONALLY GRANTING MOTION TO APPEAR PRO HAC VICE...**motion filed by Mr. Buffone on 9/3/96 is provisionally granted.  IT IS FURTHER ORDERED that Buffone shall become familiar w/the Local Rules.
    cy to Judge                                RBM/klm

**Sep 27** — GOVERNMENT'S MOTION TO EXCEED PAGE LIMITS. (4)          gs

**Oct 1** — **ORDER GRANTING GOVT'S MOTION TO EXCEED PAGE LIMITS AND DIRECTING CLERK TO FILE GOVT'S OPPOSITION...**
... the motion is GRANTED.                        RBM/gs
    Dist 10/2/96

**Oct 1** — GOVERNTMENT'S OPPOSITION TO DEFT AUBINS'S MOTION FOR NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE BASE ON NEWLY DISCOVERED EVIDENCE.   15+  Und Sep cover.              gs

**Oct 9** — DEFENDANT GEORGE AUBIN'S MOTION FOR LEAVE TO FILE A REPLY TOTHE GOVT'S OPPOSION TO HIS MOTION FOR NEW TRIAL.                                        gs

**Oct 16** — DEFENDANT GEORGE AUBIN'S REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION FOR NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE   klm

    **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE...**dft's motion for leave to file a reply to govt's opposition filed 10/9/96 is granted.  The District Clerk is directed to file the reply that accompanies this order.
    dist. 10/16/96; dkt'd 10/17/96        RBM/klm

**Oct 24** — **ORDER DELAYING RULING...** the court has determined that it will not rule on deft's Mtn for a new trial while his appeal is pending.
    Dist 10/24  dkt 10/28/96        RBM/gs

**Oct 28** — **ORDER from USCA5...** that the motion of appellant for stay of the issuance of the Mandate pending petition for writ of certiorari is DENIED.
    Cpy to judge                           gs

**Oct 28** — Filed JUDGMENT OF USCA5 issued as and for the Mandate ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court that the judgment in this cause is AFFIRMED    Cpy to Judge 1 cc to PB PT USM.   gs

    Filed OPINION OF USCA5        Cpy to Judge        gs

**Oct 28** — File to be returned at a later date.            gs

| Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       **GEORGE AUBIN**      Page 16
     AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
|      | (Document No.) | (a) | (b) | (c) | (d) |
| **1996** | | | | | |
| **Nov 4** | Record returned from USCA5 consisting of 5 vols of case papers; 4 vols of co-deft Fuqua papers; 1 vol of motion filed at USCA5 returned here;23 vols of transcripts; 3 vols of supplemental case papers; 5 sealed pldgs; 1 env of materials used in setencing (with file) and 1 env containg 3 pldgs filed at USCA5 (with file) and 1 PSI. PSI shredded.  1 Box of Exhibits to be returned to Govt. | gs | | | |
| Nov 19 | Attorney Robt. Webster office called to pick up exh.    gs | | | | |
| Nov 20 | Receipt for Exhibits 1 box of Govt Exhibits signed for and received by Dorothy Nunez AUSA Sec.     gs | | | | |
| Nov 25 | **ORDER**...denying motion for new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure based on Newly Discovered Exculpatory Evidence filed by dft George Aubin on 9/3/96...ctj, dist 11/25/96     RBM/jyg | | | | |
| Nov 25 | **ORDER**...it is ordered that dft Aubin shall report to the designated institution on 1/9/97 by 2:00 pm.  ctj, dist 11/25, dkt'd 12/5/96     RBM/jyg | | | | |
| Dec 5 | NOTICE OF APPEAL by George Aubin from order denying motion for a new trial entered on 11/25/96.  Filing fee $105.00, Receipt #87385.  Copy to Judge, AUSA, PT, PB USM.  TO to counsel  (2)     jyg | | | | |
|  | Notice of appeal and certified copy of docket sheet as to George Aubin to USCA     jyg | | | | |
| Dec 31 ** | TRANSMITTED RECORD ON APPEAL TO USCA5 consisting of 6 volumes of original case papers; 21 volumes of tran-scripts; 1 envelope of material used in sentencing; 1 PSI sealed; 1 envelope of motion to supplement record on appealed filed w/USCA.  2 boxes     jyg | | | | |
| Dec 16 ** | Transcript Order form  filed.  No hearings     jyg | | | | |
| **1997** | | | | | |
| JAN 10 | Mt by dft George Aubin to delay reporting date     lmn | | | | |
| JAN 10 | Mt by dft George Aubin for release pending petition for certiorari     lmn | | | | |
| JAN 10 | Notice of entry of appearance of counsel by John Nation for dft George Aubin     lmn | | | | |
| JAN 17 | Order denying mt to delay  reporting date dst'd 1/21/97 RBM/lmn | | | | |
| JAN 17 | Order denying mt for release pending petition for certiorari dst'd 1/21/97     RBM/lmn | | | | |

## SEE NEXT PAGE

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|

UNITED STATES DISTRICT COURT GEORGE AUBIN                  PAGE 17
CRIMINAL DOCKET   *U. S. vs*                                          3:93-CR-057-T

AO 256A ⊛

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1997**<br>APR 10 | **ORDER FROM USCA5**...Motion to supplement the record is granted. Appellant's motion to obtain copies of briefs filed in previous appeal 94-10954 is granted; motion to unseal and obtain sealed pleading is denied; motion to view PSI is granted; and Motion for extension of time to file brief is granted.     cpy to judge          svc | | | | |
| APR 14 | MOTION TO RELEASE BOND                              svc | | | | |
| MAY 2 | TRANSMITTED 1 box of exhibits to USCA5             svc | | | | |
| Apr 30 | Certificate of Conference and Amended Certificate of Service.                                          bjj | | | | |
| May 1 | ORDER Granting Motion to Release Bond w/Instructions to the Clerk.<br>dist 5/2/97 copy to fin.                  RBM/bjj | | | | |
| MAY 21 | TRANSMITTED 1 box of exhibits to USCA5             svc | | | | |
| **1998**<br>FEB 10 | **OPINION OF USCA5(CC)**...Judgment appealed is AFFIRMED<br>cpy to judge                                      svc | | | | |
| | **JUDGMENT OF USCA5(cc)**...Judgment of DC is affirmed. ISSUED AS MANDATE:  2-6-98 cpy to Judge, USM,PB   svc | | | | |
| | RECORD ON APPEAL RETURNED FROM USCA5 consisting of 6 vols of case papers; 21 vols of transcripts; 1 envelope of matl used in sentencing; 1 envelope of motion to supplement record; 2 boxed of exhibits and PSI. (PSI Destroyed)                                      svc | | | | |
| Feb 17 | Government's Exhibits returned                      rrj | | | | |
| Feb 18 | MOTION by George Aubin to vacate under 28U.S.C. 2255 (11)                                          ldf | | | | |
| Feb 18 | Motion referred to Magistrate Judge Boyle as to George Aubin: motion to vacate under 28 U.S.C. 2255                                              ldf | | | | |
| Feb 18 | 2255 papers referred to Magistrate Judge Boyle 3:98cv425-T                                        ldf | | | | |
| Mar 6 | ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28 U.S.C SECTION 2255...The US Attorney shall not be required to answer this motion or otherwise move with respect to it except on further Order of the Court. (cc: AUSA, pet 3/6/98)                                         ldf | | | | |

Interval     Start Date     Ltr. Total
(per Section II)   End Date     Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1998** cont. | | | | | |
| Mar 13 | Findings, Conclusions and Recommendation...because movant filed his petition well after one year limitations period allocated for habeas claims under the AEDPA, his claims are barred and should be summarily denied w/prejudice.   JJB/bjj File is in suspense. | | | | |
| MAR 23 | DESTROY EXHIBITS LETTER MAILED.  Exhibits will be destroyed if not picked up by 5-22-98              svc | | | | |
| Mar. 26 | Copy File sent to Chambers.                            bjj | | | | |
| MAR.24 | Movant's Objection sto Findings of FAct and Conclusions of Law                                          jm | | | | |
| APR 28 | Order Sustaining Movant's Ovjections and REferring Case to Magistrate Judge                              jm | | | | |
| May 12 | Order and Instructions to parties in a motion under 28 USC SECTION 2255.  AUSA shall answer the motion w/in 60 days.  2255 papers referredto Judge Boyle (Signed by Judge Boyle)          rrj | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          *U. S. vs*   Aubin, George J.

AO 256A ⊛

| | 93 | 57 | *1* |
|---|---|---|---|
| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | —(Document No.) | (a) | (b) | (c) | (d) |
| 1998 | ****Original Docket Sheet Missing**** | | | | |
| Mar 24 | Notice to the Magistrate Judge and Request to Amend Filing & Delay by Dft.                                bjj | | | | |
| Mar 24 | Movant's Objections to Findings of Fact and Conclusions of Law Rendered by the United States Magistrate.       bjj | | | | |
| Apr 28 | ORDER Sustaining Movant's Objections and Referring Case to Magistrate Judge.                        RBM/bjj | | | | |
| May 21 | Dft Exhibit returned to cnsl.                          bjj | | | | |
| July 7 | Govern't's Motion for Enlargement of time to respond to movant's mtn to vacate, set aside or correct sentence   alh | | | | |
| July 10 | Movant's Amendment to Sect 2255 Pleadings            alh | | | | |
| July 13 | ORDER...Govt's mtn for enlargement of time is granted; US' answer to movant's Sect 2255 mtn, & any mtn by US included in its answer, shall  be filed no later than 8/12/98.             Dkt'd & Dist'd 7/14/98     JJB/alh | | | | |
| Aug 12 | Respondent United States' Answer in Opposition to Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 USC Sect 2255                          alh | | | | |
| Sept 4 | Entry of Appearance of Counsel...John D Nation enters appear-ance for George J Aubin in his mtn to vacate sentence pur-suant to 28 USC 2255.  (2650 Maxus Energy Tower, 717 N Harwood LB 126, Dallas, TX 75201)                    alh | | | | |
| Sept 4 | Motion for Leave to File Amended Motion to Vacate Sentence Pursuant to 28 USC Sect 2255 by movant           alh | | | | |
| Sept 11 | ORDER...Movant is granted leave to file amended motion to vacate sentence on or before 11/5/98.             Dist'd & dkt'd 9/14/98    JJB/alh | | | | |
| Nov 3 | Movant's Motion for Extension of Time to File Amended Motion to Vacate Sentence                          alh | | | | |
| Nov 5 | ORDER...Movant's motion for extension of time is granted. Movant is granted leave to file his amended mtn to vacate sentence on or before 11/27/98.   Dist'd 11/5/98   JJB/alh | | | | |

## SEE NEXT PAGE

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

George J. Aubin

3:93-CR-57-T

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|:---:|:---:|:---:|:---:|
|  | (Document No.) | (a) | (b) | (c) | (d) |
| **1998** | | | | | |
| Nov 30 | Movant's Amended Motion to Vacate Sentence Pursuant to 28 USC Sect 2255                                     alh | | | | |
| **1999** | | | | | |
| Feb 1 | Supplemental Response of the US to Deft's Amended Motion to Vacate Sentence                                 alh | | | | |
| **2000** | | | | | |
| Jul 6 | FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE...Recommended that mtn to correct, vacate or set aside sentence be denied.          JJB/alh  Dist'd & dkt'd 7/6/00. | | | | |
| Jul 24 | Petitioner's AGREED MOTION FOR EXTENSION OF TIME TO FILE OB- JECTIONS TO MAGISTRATE'S FINDINGS          alh | | | | |
| Aug 7 | Order granting motion for extension of time to file objections. It is further ordered that movant file his objections to the magistrate judge's findings on or before 8/18/00.  RBM/djd  Dist'd & dkt'd 8/8/00 (2 pages) | | | | |
| Aug 14 | OBJECTIONS to the Findings and Recommendation of the U S Magistrate Judge filed by movant George Aubin          lh | | | | |
| OCT 26 | SEALED DOCUMENT                                                   svc | | | | |
|  | SEALED DOCUMENT                          . . `                   svc | | | | |
| Nov 13 | Movant's Supplement, Objections, Amendments & Other Matters Relevant to Motion to Vacate Pursuant to 28 USC Sect 2255          alh | | | | |
| Aug 16 | Movant's Petition under Habeas Corpus Article 1 Sect 9 Clause 2, Sect 1651, Sect 2241 & 2243; Mtn to priortize issues here- in as dispositive to all issues incorporating by reference this petition in pending Sect 2255 mtn for purposes of ob- jection & amendments; As response & objections to findings, conclusions & recommendations of Magistrate Judge Boyle; Mtn to expand time for objections & response until 9/11/00  alh | | | | |
| Oct 23 | Petition for Writ of Habeas Corpus  (per Judgment Order 11/27/00; 3:00-cv-2332-H)    (15+)                        yrw | | | | |
| Dec 7 | Movant's Emergency Mtn to Supplement 2255 Mtn (Joint pleadings for purposes enumerated) (15+)          jas | | | | |
|  | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   GEORGE J AUBIN   PAGE ✎   3:93cr057-T

AO 256A ⊛

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
| (Document No.) | | | | | |

**2001**

APR 4 | **ORDER ADOPTING MAG JUDGE"S REPORT**        RBM:**svc**
dkt/dist 4-4-01

| **FINAL JUDGMENT...Motion to vacate is denied with prejudice; Petition for writ of habeas corpus is denied with prejudce.**  dkt/dist 4-4-01        RBM:svc

APR 23 | MOTION TO RECONSIDER AND WITHDRAW ORDER, OR ALTERNATIVELY STAY THE COURTS ORDER ENTERED 04-4-01(15+)        jyg

APR 25 | **ORDER...Denying motion to reconsider in all things**
dkt/dist 4-26-01        RBM:jyg

JUN 22 | NOTICE OF APPEAL from the deniel of motion to vacate the Motion to vacate.  no fee pd/TO mailed        svc

Jun 23 | SUPPLEMENTAL NOTICE OF AND INTENT TO APPEAL        svc
no fee pd/TO Mailed

Jun 26 | Transmitted NOA's to USCA5        svc

Jul 5 | USCA5 Appeal fee pd Recp 152528

| **ORDER & NOTICE OF DEFICIENCY ...**See order for specifics
dist 7-5-01/dkt 7-9-01        JJB:svc

**ENTERED IN CRIMINAL ICMS**

| | | Interval (per Section III) | Start Date End Date | Ltr. Code | Total Days |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG |
|---|---|---|---|
| 18:371 | Conspiracy (ct. 1) (9/84-12/90) | 1 | X |
| 18:1344; 2 | Bank Fraud (ct. 2) (9/84-7/90) | 1 | X |
| 18:1006; 2 | False Entries (ct. 3 & 4) (10/19/84) | 2 | X |
| 18:1343; 2 | Wire Fraud (ct. 5) (9/84-12/84) | 1 | X |

SUPERSEDING COUNTS

**II. KEY DATE**

INTERVAL ONE — EARLIEST OF (KEY DATE / arrest / summons / custody / appears-on complaint)

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

KEY DATE 2/24/93 APPLICABLE — Indictment filed/unsealed, consent to Magr. trial on complaint, Information, Felony W/waiver

KEY DATE 2/26/93 — 1st appears on pending charge /R40

END INTERVAL TWO — KEY DATE 5-10-94 APPLICABLE

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE...TRIAL | 2nd Trial Began | DISPOSITION DATE 5-10-94 | SENTENCE DATE | FINAL CHARGES DISMISSED

**III. MAGISTRATE**

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE ▶ | | | DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ Date Held ▶ | | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | 2/24/93 | | REMOVAL HEARING | | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | WAIVED / NOT WAIVED / INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

Show last names and suffix numbers of other defendants on same indictment/information:

George Aubin (1)

**ATTORNEYS**

U.S. Attorney or Asst.
Robert Webster, K. Lawson Pedigo, J. Steve Hinkle John Hinton
Thomas B. Hamilton, Jr.

Defense: 1 CJA. 2 X Ret. 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

Charles M. Meadows Jr.                    #35 Stillforest
Kim Harris—(Co-Cnsl)                      Houston, TX  77024
Meadows Owens Collier Reed & Coggins      713 787-0382
901 Main St., Suite 3700
Dallas, TX  75202
214 744-3700

Co-Cnsl:
Robert J. Sussman
Hinton Sussman & Bailey
5300 Memorial Dr., Suite 1000
Houston, TX  77007
713 864-4477

RULE 20 21 40 In Out

**BAIL • RELEASE**

PRE - INDICTMENT

Release Date / Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $ / Conditions
Date Set / 10% Dep. / Surety Bnd
Bail Not Made / Collateral
Date Bond Made / 3rd Prty / Other

**POST - INDICTMENT**

Release Date 2/26/93 / Bail Denied / Fugitive / X Pers. Rec. / X PSA
AMOUNT SET / Conditions
Date Set / 10% Dep. / Surety Bnd
Bail Not Made / Collateral
Date Bond Made / 3rd Prty / Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

| DATE | | | | | | |
|------|---|---|---|---|---|---|

MASTER DOCKET · MULTIPLE DEFENDANT CASE  PAGE ☐ OF ☐
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

EXCLUDABLE DELAY

V. PROCEEDINGS

**1993**

**FEB 24**   INDICTMENT (22).                                         AJF/amy

Warrant for Arrest Issued.                               amy

Feb 26   ORDER SETTING CONDITIONS OF RELEASE...PR bond.   WFS/nbs
surrender passport by noon 3/1/93 to District Clerk in Dallas
cys: deft, ausa, usm, pt, cnsl

ENTRY OF APPEARANCE OF COUNSEL Charles M. Meadows Jr.,
Co-Cnsl Kim Harris, Co-Cnsl Robert J. Sussman,
retained for deft.                                       nbs
cys: jduge, ausa, pt, pb, esther

MAR 2   Receipt for Passport #130760486 for Richard
Lee Fuqua. (placed in the sealed area)            amy

MAR 3   Defendant Richard Fuqua's Motion and Incorporated
Memorandum to Modify Bond Conditions (4).        amy

**MAR 4**   **PRETRIAL ORDER**...the case is set for jury trial
for 5/3/93 at 9:00 a.m.; pretrial motions by
3/15/93 and the responses by 3/22/93; requested
voir dire questions, proposed jury instructions,
witness lists, exhibit lists, and motions in
limine by 4/29/93. Copies of exhibits shall be
exchanged by that date. (1)
   dist/dkt'd 3/5/93                        **RBM/amy**

**MO**...arraignment held on counts 1-5 of 5 count
indictment; pre g/1; defendant enters a ngpl;
trial set for 5/3/93 at 9:00 a.m.; bond continued;
motions due 3/15/93; responses by 3/22/93; PT
Order to issue; defendant's motion to modify
bond to be referred back to magistrate (1).

**MAR 5**   **ORDER OF REFERENCE**...motion and incorporated
memorandum to modify bond conditions, filed
3/3/93 is referred to US Magistrate Judge
Sanderson for hearing. (1)                   **RBM/amy**

MAR 9   Defendant's Waiver of Speedy Trial (4).        amy

Defendants Joint and Uncontested Motion for
Revised Scheduling Order and Continuance of
Trial Setting. (5)                                  amy

Mar 10   In re:  Misc 1251A Grand Jury Matter - per Court Order
of 3/10/93 in Misc. 1251A **UNSEALING** Misc 1251A Order
of July 14, 1992 and placed in this file with copy
of Misc. 1251A Order of this date.              gs

MAR 9   Return of Warrant for Arrest...arrested on 2/26/93
by Robert N. Betts, Special Agent FBI           amy

## SEE NEXT PAGE

CONTINUED TO PAGE ☐ ☐

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*     RICHARD FUQUA                    PAGE 3              3:93-CR-057-T(02)

AO 256A ⊕

| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------------|------|
| | —(Document No.) | (a) | (b) | (c) | (d) |
| **1993**<br>MAR 15 | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS.                                                    SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM TO DISMISS                                          SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTIONFOR BILL OF PARTICULARS | | | | |
| | DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF MOTION FOR A BILL OF PARTICULARS                              SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM UNDER RULE 201 OF THE FED. RULE OF EVIDENCE FOR ADVANCE NOTICE OF ANY MATTER WHICH EITHER THE COURT OR THE GOVERNMENT MAY CONTEND IS APPROPRIATE FOR JUDICIAL NOTICE                                               SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM TO AMEND MOTIONS OR FILE NEW MOTIONS UPON RECEIPT OF MATERIAL FROM THE GOVERNMENT                   SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR SPECIFICATION OF JURY SELECTION PROCEDURES                                                    SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR STATEMENTS OF ALLEGED INDICTED OR UNINDICTED CO-CONSPIRATORS                               SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR STATEMENTS OF ALLEGED INDICTED OR UNINDICTED CO-CONSPIRATORS                               SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR DISCLOSURE OF ALL EVIDENCE THE GOVERNMENT INTENDS TO OFFER PURAUANT TO RULE 405   SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR NOTICE BY GOVERNMENT OF INTENTION TO USE EVIDENCE                                                  SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR PRE-TRIAL DISCLOSURE OF ALL EVIDENCE WHICH THE GOVERNMENT INTENDS TO OFFER PURSUANT TO RULE 404(b) OF THE FED RULES OF EVIDENCE             SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION AND INCORPORATED MEMORANDUM FOR EARLY RELEASE OF JURY INFORMATION   SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTION FOR SEVERANCE DUE TO PREJUDICIAL JOINDER                                         SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF MOTION FOR SEVERANCE DUE TO PREJUDICIAL JOINDER   SVC | | | | |
| | DEFENDANT RICHARD FUQUA'S MOTIONTO DETERMINE ADMISSIBILITY OF EXTRA JUDICIAL STATEMENTS OF ALLEGED CO-CONSPIRATORS AND FOR PRE-HEARING DISCLOSURE OF ANY SUCH STATEMENT THE GOVERNMENT INTENDS TO USE                               SVC | | | | |
| | | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

RICHARD FUQUA

PAGE 4

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1993**
**MAR 15**

DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
MOTIN FOR PRE-TRIAL HEARING TO DETERMINE THE ADMISSIBILITY
OF EXTRA JUDICIAL STATEMENTS OF ALLEGED CO-CONSPIRATORS,
AND FOR PRE-HEARING DISCLOSURE OF ANY SUCH STATEMENT
THE GOVENMENT INTENDS TO USE                            SVC

DEFENDANT RICHARD FUQUA'S MOTIONFOR DISCLOSURE OF
AGREEMENT BETWEEN THE GOVERNMENT AND GOVERNMENT
WITNESSES                                               SVC
DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
FOR DISCLOSURE OF AGREEMENT BETWEEN THE GOVERNMENT AND
GOVERNMENT WITNESSES                                    SVC

DEFENDANT RICHARD FUQUA'S MOTIONFOR PRODUCTION AND
INSPECTION OF GRAND JURY MINUTES                        SVC

DEFENDANT RICHARD FUQUA'S MOTION FOR PRODUCTION OF JENCKS
ACT MATERIAL                                            SVC

DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
PRETRIAL PRODUCTION OF ALL JENCKS ACT (18 U.S.C. §3500)
MATERIAL                                                SVC

DEFENDANT RICHARD FUQUA'S MOTION FOR PRODUCITON AND
INSPECTION OF EVIDENCE AND/OR INFORMATION WHICH MAY
LEAD TO EVIDENCE                                        SVC

DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
MOTION FOR PRODUCTION AND INSPECTION OF EVIDENCE AND/OR
INFORMATION WHICH MAY LEAD TO EVIDENCE                  SVC

DEFENDANT RICHARD FUQUA'S MOTION FOR DISCOVERY AND
INSPECTION                                              SVC

DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY AND INSPECTION                     SVC

DEFENDANT RICHARD FUQUA'S MOTION FOR DISCLOSURE OF
ELECTRONIC OR MECHANICAL SURVEILLANCE                   SVC

DEFENDANT RICHARD FUQUA'S MEMORANDUM IN SUPPORT OF
MOTION FOR DISCLOSURE OF ELECTRONIC OR MECHANICAL
SUREVEILLANCE                                           SVC

Mar 16    **ORDER DENYING DEFENDANTS MOTION FOR LEAVE TO FILE
ADDITIONAL MOTIONS**...dft mtn to amend mtn or file new
mtn is denied. Dist3-16-93.                             RBM/mr

Mar 18    AMENDED ORDER SETTING CONDITIONS OF RELEASE...$25,000.00
unsecured bond; See Order for instructions re travel
outside continental U.S. & for further specifics.  WFS/nbs
cys: judge, deft, ausa, usm, pt(2), cnsl

APPEARANCE BOND $25,000.00 unsecured            WFS/nbs
att bond signed by surety Marilyn Fuqua

ORDER...On this date having changed & modified conditions
of release, It is **ORDERED** that District Clerk's office
return Deft's passport to him.                    WFS/nbs
cys: judge, ausa, cnsl, pt(2), pb, usm, esther 3/22/93
Akta 3/23/93

| | | Interval (Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A *

FUQUA, RICHARD         page 5

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------|:---:|:---:|:---:|:---:|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| MAR 18 | Receipt for Release of Passport.         amy | | | | |
| MAR 22 | Government's Consolidated Response to Defendant Fuqua's Pretrial Motions. (15+) amy | | | | |
| **MAR 30** | **ORDER**...that Defendant Richard Fuqua's Motion for Severance Due to Prejudicial Joinder, filed 3/15/93, is denied. (2)     dist/dkt'd 3/31/93         **RBM/**amy | | | | |
| **APR 27** | **ORDER DENYING DEFENDANT"S MOTION TO DISMISS...** defendant's motion to dismiss, filed 3/15/93 is denied. (3)         **RBM/**amy | | | | |
| **APR 28** | **ORDER**...this case is continued to the Jury Trial docket at 9:00 a.mm on 9/6/93. Requested voir dire questions, proposed jury instructions, witness lists, exhibit lists and copie of exhibits, and motions in limine must be filed by 9/2/93. (2)     dist'd 4/29/93; dkt'd 4/30/93   **RBM/**amy | | | | |
| APR 29 | Defendant Fuqua's Preliminary Exhibit List. (4) amy | | | | |
| | Defendant Fuqua's Preliminary Witness List. (3)                     amy | | | | |
| | Defendant Fuqua's First Motion in Limine and Incorporated Memorandum. (8)         amy | | | | |
| | Defendant Fuqua's Motion and Incorporated Memorandum for Pre-Trial Disclosure of all Evidence Which the Government Intends to Offer against Defendant George Aubin Pursuant to Rule 404(b) of the FR of Evidence. (6)   amy | | | | |
| | Unopposed Motion and Incorporated Memorandum for Leave to Issue Subpoenas Duces Tecum and Require Pretrial Production of Documents Pursuant to Rule 17(c) of the FR of Criminal Procedure. (15+)                 amy | | | | |
| | Defendant's Requested Jury Instructions. (15+) amy | | | | |
| | Defendant's Rquested Voir Dire Questions. (12) amy | | | | |

## SEE NEXT PAGE

Interval
(per Section II)

Start Date
End Date

Ltr. Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

RICHARD FUQUA     PAGE #4

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| MAY 10 | Government's Response to Defendant Fuqua's Motion for Leave to Issue Subpoenas Duces Tecum and Require Pretrial Production of Documents pursuant to Rule 17(c) of the FRCP. (6)                              amy | | | | |
| | Government's Response to Defendant Richard Fuqua's First Motion in Limine. (7)     amy | | | | |
| | Government's Response to Defendant Fuqua's Motion for Pretrial Disclosure of FRE 404(b) Evidence Which the Government Intends to Offer Against Defendant Aubin. (6)     amy | | | | |
| **MAY 18** | ORDER...it is therefore ordered that Defendant Richard Fuqua's Motion for Leave to Issue Subpoenas Duces Tecum and Require Pretrial Production of Documents Pursunat to Rule 17(c) of the FRCP, filed 4/29/93 is granted in part. It is further ordered that Defendat may issue Rule 17(c) subpoenas to the following parties: (1) Fidelity Federal Savings & Loan; (2) Hiawatha Federal Savings and Loan; (3) Union Bank; and (4) Greenbaum, Doll & McDonald. (3) dist'd/dkt'd 5/18/93     **RBM**/amy | | | | |
| JUN 10 | Defendant's Motion and Incorporated Memorandum for Reconsideration of Rule 17(c) Subpoena to the IRS. (5)                              amy | | | | |
| JUN 24 | Government's Opposition to Defendant Fuqua's Motion for Reconsideration of Rule 17(C) Subpoena. (6)                              amy | | | | |
| **JUN 28** | ORDER...defendant Fuqua's Motion for Reconsideration of Rule 17(c) subpoena to the IRS, filed 6/10/93 is denied. (2) dist'd 6/28/93; dkt'd 6/30/93     **RBM**/amy | | | | |
| | Return on Subpoena issued to Custodian of Records for Morrill & Janes Bank & Trust Co.; served 6/23/93. (2)                              amy | | | | |
| JUN 30 | Subpoena returned; issued to Custodian of REcords of Bank South Federal Savings Bank; served on 6/24/93. (2)                              amy | | | | |
| JUL 2 | Return on subpoena issued to Custodian of Records for Union Bank.                              amy | | | | |

|  | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

RICHARD FUQUA                    PAGE #7

AO 256A *

3-93-CR-057-T
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| JUL 12 | Return of service regarding subpoena issued to Custodian of Records at Greenbaum, Doll & McDonald on 6/22/93.                     amy | | | | |
| AUG 10 | Defendant's Motion for Continuance. (4)    amy | | | | |
| **AUG 16** | ORDER...this case is continued to the Jury Trial docket at 9:00 a.m. on 11/1/93.  Requested voir dire questions, proposed jury instructions, witness lists, exhibit lists and copies of exhibits, and motion in limine must be filed by 10/28/93. (2)<br>     dist'd/dkt'd 8/18/93              **RBM/amy** | | | | |
| AUG 20 | Defendant's Motion for Production of Grand Jury Transcripts. | (15+) amy | | | |
| SEP 1 | Government's Opposition to Defendant Fuqua's Motion for Production of Grand Jury Transcripts. (6)    amy | | | | |
| **SEP 9** | **ORDER**...that Fuqua's Motion for Production of Grand Jury Transcripts filed by DEfendant on 8/20/93 is denied. (3)<br>     dist'd/dkt'd 9/10/93              **RBM/amy** | | | | |
| OCT 6 | Defendant's Second Motion for Continuance. (4)    amy | | | | |
| OCT 12 | Defendant's Second Motion and Incorporated Memorandum Reconsideration of Rule 17(c) Subpoena to the IRS. (5) amy | | | | |
| OCT 15 | Government's Response to Defendant's Second Motion for Continuance. (7)                    amy | | | | |
| **OCT 18** | **AGREED ORDER REGARDING PHOTOCOPYING SERVICE**...it is therefore ordered that the documents be transported to NightRider Overnight Copy Service for reproduction, that the originals be returned to the offices cf the Bank Fraud Task Force on North Stemmons Freeway, and that the copies thereof be forwarded to the offices of the undersigned counsel for Defendant Fuqua. (2)<br>     dist'd 10/19/93; dkt'd 10/22/93        **RBM/amy** | | | | |
| **OCT 19** | **ORDER RESETTING TRIAL**...it is therefore ordered that this case is reset to the jury trial docket on 1/4/94 at 9:00 a.m.  Requested coir dire questions, proposed jury instructions, witness lists, and exhibit lists must be exchanged and motions in limine must be filed no later than 12/30/93.  It is further ordered that the Defendant's Second Motion for Continuance, filed 10/6/93, is granted. (2)<br>     dist'd 10/19/93; dkt'd 10/22/93        **RBM/amy** | | | | |

Interval        Start Date    Ltr.  Total
(per Section II)   End Date    Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          RICHARD FUQUA                PAGE #8
   AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | —(Document No.) — | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| OCT 25 | **ORDER**...it is therefore ordered that Fuqua's Second Motion for Reconsideration of Rule 17(c) Subpoena to the IRS filed on 10/12/93, is granted in part.  It is further ordered that this Order is limited to Fuqua's 1984 individual tax return and does not apply to any related data. (2)<br>        dist'd 10/26/93; dkt'd 10/27/93        **RBM**/amy | | | | |
| **NOV 4** | **ORDER**...that Defendant's Fuqua's Motion for Early Release of Jury Information filed on 3/15/93, is denied. It is further ordered that Defendant Fuqua's Motion for Specification of Jury Procedures, regarding the composition of the venire, filed on 3/15/93, is denied. (2)<br>        dist'd 11/5/93; dkt'd 11/19/93        **RBM**/amy | | | | |
| DEC 3 | ORDER SETTING PRETRIAL CONFERENCE...a pretrial conference is scheduled for 12/30/93 at 9:00 a.m.<br>        dist'd 12/3/93; dkt'd 12/8/93        **RBM**/amy | | | | |
| DEC 9 | JOINT and Uncontested Motion for Continuance of Trial Setting and for Expedited Scheduling Conference. (4)        amy | | | | |
| DEC 14 | Defendant Fuqua's Supplement to Joint and Uncontested Motion for Continuance of Trial Setting. (15+)        amy | | | | |
| DEC 16 | Defendant Fuqua's Motion and Incorporated Memorandum for Leave to Issue Subpoenas Duces Tecum and Require Pretrial Production of Documents Pursuant to Rule 17(c) of the FRof Criminal Procedure. (10)        amy | | | | |
| DEC 23<br>DEC 28 | Defendant Fuqua's Motion for Letters Rogatory. 5) amy<br>Government's Objection to Motion for letters rogarty.   amy<br>**ORDER GRANTING MOTIONS FOR LEAVE TO ISSUE SUBPOENAS DUCES TECUM AND REQUIRE PRETRIAL PRODUCTION OF DOCUMENTS PURSUANT TO RULE 17(c).**<br>        dist'd 12/29/93; dkt'd 12/29/93        **RBM**/amy | | | | |
| DEC 29 | ORDER RULING ON CERTAIN PRETRIAL MOTIONS... see order for specifics...<br>        dist'd 12/30/93; dkt'd 12/30/93        **RBM**/amy | | | | |
| DEC 30 | Government's Witness List. (6)        amy<br><br>Government's Exhibit List. (11)        amy<br><br>Government's Proposed Voir Dire Questions. (15+) amy | | | | |
| | | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

RICHARD FUQUA          PAGE #9

AO 256A ●

3-93-CR-057-T

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
| | —(Document No.) — | (a) | (b) | (c) | (d) |

**1993**

DEC 30    Government's Motion in Limine to Prevent
          Reference to Irrelevant Matters and Brief in
          Support. (8)                              amy

          Government's Requested Jury Instructions. (15+)   amy

          **MO**...hearing on motions; pretrial confernce
          held; after hearing arguments from counsel
          court set case for 5/2/94...order ruling on
          pretrial motions of Fuqua presented to counsel;
          court reserved ruling on motion in limine until
          trial time.                            amy

          Sealed document.                       amy

          **ORDER GRANTING FUQUA'S MOTION FOR LETTERS
          ROGATROY**...the motion for letters rogatory
          filed by Defendant Fuqua on 12/16/93 is
          granted. (1)
                 dist'd 1/3/94; dkt'd 1/7/94      **RBM/**amy

**1994**

**JAN 3**    Transcript of Pretrial Motions before Robert
             B. Maloney on 12/30/93.                amy

**JAN 5**    **ORDER RESETTING TRIAL**...it is therefore ordered
             that this case is reset to the jury trial docket
             on 5/2/94 at 9:00 a.m.  Requested voir dire
             questions, proposed jury instructions, witness
             lists, and exhibit lists must be exchanged and
             motions in limine shall have been filed by
             12/30/93...it is further ordered that DEfendant
             Fuqua's Joint and Uncontested Motion for
             Continuance of Trial Setting, filed 12/9/93
             and Defendant Fuqua's Supplement to the motion
             filed 12/14/93 is granted. (2)
                 dist'd 1/5/94; dkt'd 1/7/94      **RBM/**amy

             Sealed document.                       amy

JAN 10    Return of Service on Subpoena Issued to
          Haynes and Boone, Hopkins and Sutter, Thompson
          and Knight, Baker and Botts.             amy

JAN 18    Defendant! Letters Rogatory Request.     amy

JAN 21    Sealed Document.                         amy

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          RICHARD FUQUA p, 10
  AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| JAN 28 | Government's Application for the Court to Grant Leave to Take Deposition and to REquest Assistance of the Judiciary of the Cayman ISland. (7)                              amy | | | | |
| | Government's Objection to Defenant's Fuqua's Letters Rogatory Request. (15+)          amy | | | | |
| JAN 31 | SEALED ORDER                          dla | | | | |
| FEB 3 | ORDER...Dft's response to application must be filed on or before 2/7/94        RBM/dla dist'd 2/3 d kt'd 2/11 | | | | |
| FEB 7 | Dft Fuqua's Resp to Govt's Application for leave to take depo                       dla | | | | |
| FEB 14 | ORDER GRANTING APPLICATION FOR LEAVE TO TAKE DEPO OVERRULING OBJ TO FUQUA'S  LETTERS ROGATORY REQUEST .  Ordered that Govt's Obj to Dft's Fuqua's Letters Rogatory Request filed 1/28/94 is overruled.  Further ordered that District Clerk shall release this original order & the original Request for Int'l Judicial Assist. to the US for transmission to the Cayman Islands & shall substitute cert copies to be maintained in place of originals.        RBM/dla dist'd 2/15        dkt'd 2/16 | | | | |
| Feb 15 | Issued Request For Letters Rogatory      RBM/dla | | | | |
| Mar 3 | Pla's Motion for Scheduling Conference      dla | | | | |
| Mar 9 | Pla's Motion for Appoopriate Relief, brief in in support & proposed order            dla | | | | |
| | Pla's Submission of Revised Request for Int'l Judicial Assistance                 dla | | | | |
| | Pla's Interrog to be submitted under cover of dft Fuqua's Letter Rogatory Request        dla | | | | |
| MAR 14 | ORDER...granting pla's Motion for Appropriate Relief .  dist'd 3/14    dkt'd 3/15    RBM/dla | | | | |
| MAR 15 | ORDER...granting pla's Motion for Scheduling Cnf & setting scheduling cnf for 4/7/94 at 9am. dist'd 3/15/  dkt 3/15           RBM/dla | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 258A ●

RICHARD FUQUA      PAGE 11

3:93cv57-T (2)

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|---------------------|---|---|---|
| | —(Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| MAR 15 | Pla's Request for Int'l Judicial Assistance (orig. to atty for govt to forward to State Dept) (15+) | | | | |
| **APR 11** | ORDER...setting Pretrial Cnf for 4/28/94 at 9:30.      **RBM**/dla dkt'd 4/13     dist 4/13 | | | | |
| APR 18 | DFT's Motion for Leave to file (1) Resp to pla's Motion to Exclude Irrelevant Matters, (2) Motion & Incorp. Memo to Suppress or in the alternative, 2nd Motion in Limine to Exlude dft Fuqua's Civil Depo, (3) Motion & Incorp. Memo for Leave to Issue Subpoenas Duces Tecum & Require Pretrial Production of Documents, (4) 5th Motion in Limine & Incorp Memo to Exclude Testimony Re: Advice to Clients, (5) 4th Motion in Limine & Incorp. Memo to Exclude Evidence of Civil Regulatory Violations, (6) 3rd Motion in Limine to Exclude Co-Dft's Prior Bad Acts or in the Alternative, for Severance, (7) Suppl Motion & Memo for Severance, (8) Motion & Incorp Memo to Dismiss for Undue Prosecutorial Delay & Limitations, (9) Motion w/ Incorp Memo for Order Requiring Govt to Comply w/Rule 16, (10) Motion in Limine & Incorp Memo to Exlude Rule 404(b) Evidence Re: Employment Taxes, (11) 7th Motion in Limine to Exclude References to Koby's Statements Indicating dft was a principal in the Warrenton Farms Transaction. dla | | | | |
| APR 20 | ORDER...granting dft's Motion for Leave to File attached motions. District Clerk shall file motions which accompany this order. **RBM**/dla      dis't 4/21     dkt'd 4/21 | | | | |
| | Dft's Resp to the Pla's Motion in Limine to Prevent Reference to Irrelevant Matters dla | | | | |
| | Dft's Motion & Memo to Suppress or, in the Alternative, 2nd Motion in Limine to Exclude dft's civil depo      dla | | | | |
| | Dft's 5th Motion in Limine & Momo to Exclude testimony Re: Adive to Clients    dla | | | | |

Interval    Start Date    Ltr. Total
(per Section II)    End Date    Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

RICHARD FUQUA   p.12

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|------|------|------|------|
|      | (Document No.) | (a) | (b) | (c) | (d) |
| 1994 | | | | | |
| APR 20 | Dft's Motion & Memo for Leave to Issue Subpoena Duces Tecum & Require Pretrial Production of Documents Pursuant to Rule 17(C) of FRCrP                    dla | | | | |
|      | Dft's Memo in Support of 3rd Motion in Limine to Exclude Co-Dft's Prior Bad Acts or in the alternative, for severance  dla | | | | |
|      | Dft's 4th Motion in Limine & Memo to Exclude Evidence of Civil Regulatory Violations.dla | | | | |
|      | Dft's 3rd Motion in Limine to Exclude Co-dft's Prior Bad Acts, or in the Alternative for severance                     dla | | | | |
|      | Dft's Suppl Motion & Memo in Support of Motion for Severance                    dla | | | | |
|      | Dft's Motion & Memo to Dismiss for Undue Prosecutorial Delay & Limitations        dla | | | | |
|      | Dft's Motion & Memo for Order Requiring pla to comply w/Rule 16              dla | | | | |
|      | Dft's 6th Motion in Limine & Memo to Exclude Rule 404(b) Evidence re: Employment Taxes                           dla | | | | |
|      | Dft's 7th Motion in Limine to Exclude References to Koby's Statements Indicating dft was a Principal in the Warrenton Farms Transaction              dla | | | | |
| APR 25 | Pla's Substitution of Gov't Counsel; sub-STITUTING Atty John Hinton III in place of Fraud Section Trial Atty J Steve Hinkle  dla | | | | |
| APR 26 | Dft's Unopposed Motion for Leave to File Attached Motion                       dla | | | | |
|      | Pla's Resp to dft's Motion to Suppress or in the alternative, 2nd Motion in Limine to exclude dft's Civil Depo                dla | | | | |
|      | Pla's Resp to dft's Motion to Dismiss for Undue Prosecutoria Delay & Limitations  dla | | | | |
|      | Pla's Consolidated Resp to dft's Pretrial Motions                          dla | | | | |

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          *U. S. vs*

AO 256A ⬤

FUQUA, RICHARD          p.13

3:93cr57-T

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |

**1994**

**APR 28** — Return of Service executed as to Thomas Graber on 4/27/94 re: Subpoena

Dft's Motion for Leave to File attached motion                    dla

**APR 29** — Dft's Witness List          dla

Dft's Revised Requested Jury Instructions dla

**APR 20** — Pla's Stipulation & Protective ORder    dla

**APR 29** — **STIPULATION & PROTECTIVE ORDER...**(refer to original order for specifics)      dla
**RBM/dla**          dist' 4/29      dkt'd 5/4

**MAY 3** — Dft's Motion to Withdraw Motion to Compel Production Of Documents or Dismiss Due to Loss or Destruction of Evidence      dla

Dft's Reply to Pla's Consolidated Response to dft's Pretrial Motions          dla

Pla's Motion to Quash Subpoena & Incorp Memo                        dla

**APR 28** — **MO...**Hrg on Motions, Pretrial Conf.  Gov't asked to resp to M/Limine w/in 5 days. Trial est 7-8 days.  Court willl possibly call case 5/17/94.  Court may set hrg on 5/13/94.  Gov't believes hrg will not be necessary after Court reviews their re-sponse. (Conduct of Grayham)      dla

**MAY 4** — **ORDER...**granting dft's Motion for Leave to File Attached Motion filed 4/26/94.  Or-dered that Dist Clerk shall file the Mo-tion to Dismiss & for Election Among Multi-plicitous Counts of the Indictment which accompanies this order      **RBM/dla** dis't 5/5/94      dkt'd 5/9/95

Dft's Motion & Incorp Memo to Dismiss & for Election Aong Multiplicitous Counts of the Indictment                        dla

DFt's Motion for Leave to Call Joel East-man out of order                  dla

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

RICHARD FUQUA        p. 14

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| MAY 4 | DFt's Motion & Incopr Memo to Dismiss & for Election Among Multiplicitous Counts of the Indictment                                    dla | | | | |
| | Pla's Notification of Intent to Request Judicial Notice                                 dla | | | | |
| | Pla's Motion for EArly Production of Rule 17(c) Subpoena Materials & Incor Memo   dla | | | | |
| MAY 5 | Resp of Amicus Curiae to dft's Motion to Suppress or in the Alternative, 2nd Motion in Limine to Exclude dft's Civil Depo   dla | | | | |
| | DFt's Exhibit list                              dla | | | | |
| | Motion by Non-pty Hopkins & Sutter to Quash Subpoena Duces Tecum & Brief in Support & Request for Emergency Consideration    dla | | | | |
| | DFt's Reply to pla's REsp to His Motion & Incorp Memo to Dismiss & for Election Among Multiplicitous Counst of the Indictment                                        dla | | | | |
| **MAY 6** | **ORDER**...granting pla's Motion for PRetrial production of Documents Pursuant to Rule 17(c)            **RBM**/dla dis't 5/9            dkt'd 5/9 | | | | |
| | DFt's Reply & Memo in Support to Govt's resp Concerning examination Reports   dla | | | | |
| | PLa's Exhibit List                              dla | | | | |
| | Pla's Request for Court to Order Release of PRisoner                                   dla | | | | |
| | Pla's Proffer of Conspiracy Evidence     dla | | | | |
| **MAY 5** | **ORDER**...setting hrg for 5/9/94 at 9am in courtroom.    **RBM**/dla dist'd 5/9            dkt'd 5/10 | | | | |
| MAY 6 | Dft's Motion & Incorp Memo to Compel Prod of Draft Affidavits                          dla | | | | |
| | DFt's Reply to the Govt's REsp to His Motion to Suppress or in the Alternative 2nd Motion in Limine to Exclude dft's Civil Depo                                        dla | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT      RICHARD FUQUA
CRIMINAL DOCKET      *U. S. vs*      Page 15

AO 256A ®

3:93cr57-T

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | —(Document No.) | | | | |

**1994**

MAY 6 — DFt's Motion for Severance or in the Alternative, Motion in Limine to Exclude Hearsay w/in Hearsay                               dla

DFt's Suppl Motion & Memo for Severance   dla

Dft's Suppl Voir Dire Questions              dla

**MAY 9** — ORDER...Granting Motion for Leave to Call Joel Eastman out of Order              dla

ORDER...Warden of FCI in Ft Worth TX is ordered to release inmate Jarrett E Woods Jr to Special Agents of the IRS on 5/10, 11, & 12/94.  Inmate will be returned to correctional facility at conclusion of ea days' proceedings.         **RBM**/dla
dkt'd 5/10        dist 5/9

**MAY 6** — ORDER...ruling on Motions re: subpoenas to Thomas Graber.  Ordered that dft's Motion for Leave to Issue Subpoenas Duces Tecum & Require Pretrial Production of Documents filed 4/20/94 is denied.  ORdered that the Motion to Quash Subpoena filed by Gov't on 5/3/94 is granted except that Graber is to appear at trial on 5/9/94 for hrg on dft's Motion to Suppress.  Ordered taht the Motion Quash Subpoena Duces Tecum filed by Hopkins & Sutter on 5/5/94 is granted except that Graber is to appear at trial on 5/9/94 for the hrg on dft's motion to suppress.  Ordered that the 2nd Motion in limine to Exclude dft's Civil Depo filed by Baker & Botts on 5/5/94 is denied.      **RBM**/dla
dkt'd 5/10              dist 5/10

**MAY 9** — ORDER...denying Motion to Dismiss & for Election Among Multiplicitous Counts of the Indictment.      **RBM**/dla
dist'd 5/10              dkt'd 5/10

ORDER...denying Motion for Leave to file attached Motion & Declaring Moot Motion to Withdraw Motion to Compel Production of Documents.      **RBM**/dla         dist'd 5/9
dkt'd 5/10

ORDER...denying Alternative Motion for Se-

Interval
(per Section II)

Start Date
End Date

Ltr. | Total
Code | Days

RICHARD FUQUA (2)    P. 16                    3:93cr5

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | (cont.) -verance & denying Suppl Motion for Severance    **RBM**/dla    dist'd 5/10    dkt'd 5/10 | | | | |
| **MAY 10** | ORDER...Preliminary Conspiracy Findings (refer to original order for specifics) **RBM**/dla    dkt'd 5/10    dist 5/10 | | | | |
| | ORDER...denying dft AUBIN'S Motion for Continuance & denying dft's Motion to Compel **RBM**/dla    dist'd 5/10    dkt'd 5/10 | | | | |
| | ORDER...denying motion to dismiss for Undue Prosecutorial Delay & Limitations **RBM**/dla    dis't 5/10    dkt'd 5/10 | | | | |
| | ORDER...denying Dft's suppl Motion for Severance    **RBM**/dla    dist'd 5/10    dkt'd 5/10 | | | | |
| | ORDER...denying Dft's Motion for Severance **RBM**/dla    dis'td 5/10    dkt'd 5/10 | | | | |
| | Dft's Reply to the Gov'ts Resp to Dft's Suppl Motion & Memo for Severance    dla | | | | |
| | Pla's Resp to dft's Suppl Motion & Memo for Severance    dla | | | | |
| | **Jury Roll**    dla | | | | |
| MAY 11 | Pla's Suppl Notice of Intent to Request Judicial Notice    dla | | | | |
| MAY 9 | **MO**...Day 1 of jury trial.  Pretrial Cnf held prior to trial.    dla | | | | |
| MAY 10 | **MO**...Day 2 of jury trial.  Voir Dire begins. Jury impaneled, selected, & sworn.  Jury trial held.    dla | | | | |
| MAY 11 | **MO**...Day 3 of jury trial held.    dla | | | | |
| MAY 12 | **MO**...Day 4 of Jury trial held.    dla | | | | |
| MAY 13 | Pla's Request for Court to Order Release of Prisoner Jarrett E Woods, Jr    dla | | | | |
| | ORDER...granting Pla's Request for Release of Prisoner Jarrett E Woods, Jr for purpose of testifying on 5/16,17,18/94 **RBM**/dla    dkt'd 5/13    dist 5/13 | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*        RICHARD FUQUA        p. 17          3:93cr57-T

AO 256A ®                                                        Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
|      | (Document No.) | (a) | (b) | (c) | (d) |
| <u>1994</u> | | | | | |
| **MAY 17** May 17 | **MO**...Day 6 of jury trial          dla<br>Deft Fuqua Mtn & Inc. Memo to Compel Introd. of Dep.Test. | etc. | dla | | |
| **MAY 18** | **MO**...Day 7 of jury trial          dla | | | | |
| **MAY 20** | **MO**...Day 8 of jury trial          dla | | | | |
| **MAY 23** May 23 May 25 | **MO**...Day 9 of jury trial          dla<br>Deft Mtn for Judgment of Acquittal          dla<br>Deft Mtn for Judgment of Acqu on Count 2     dla<br>Pla's Opposition to dfts' Motions for jgm<br>of Acquittal                          dla | | | | |
| **May 23 | Deft Request for introduction of Aubins Depo. Testimony  dla | | | | |
|      | DFt's Suppl Motion for Jgm of Acquittal<br>on Count 2                         dla | | | | |
|      | DFt's 2nd Revised Requested Jury Instruc-<br>tions                            dla | | | | |
| MAY 31 | Dft's 3rd Revised Requested Jury Instructions<br>dla | | | | |
|      | Return of SErvice Executed re: Subpoena to<br>Richard A Brooks; served 5/25/94     dla | | | | |
| JUN 1 | Dft's Motion in Limine to Exclude Irrele-<br>vant Income Tax Matters            dla | | | | |
|      | DFt's Suppl Motion & Memo in Support of<br>the Admissibility of the Bankruptcy Court's<br>Ruling on the Crime Fraud Exception    dla | | | | |
| MAY 24 | **MO**...day 10 of jury trial          dla | | | | |
| MAY 25 | **MO**...day 11 of jury trial          dla | | | | |
| MAY 26 | **MO**...day 12 of jury trial          dla | | | | |
| MAY 31 | **MO**...day 13 of jury trial          dla | | | | |
| **JUN 1** | **ORDER**...warden of Federal Correctional<br>Institute in Ft Worth TX is ordered to<br>release inmate Jarrett E Woods Jr to<br>Special Agents of IRS or FBI for testify-<br>ing in proceeding 6/1/94.  Inmate to be re-<br>turned to correctional facility at con-<br>clusion.     **RBM**/dla    dkit'd & dis'td<br>6/1/94 | | | | |

Interval          Start Date          Ltr. Total
(per Section II)       End Date          Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      RICHARD FUQUA    p. 18         3:93cr57-T

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | |
| **JUN 1** | **ORDER**...Warden of FCI in Ft Worth TX is ordered to release inmate Jarrett E Woods Jr to Special Agents of IRS or FBI for testifying on 6/2/94 & 6/3/94.  Inmate to be returned to correctional facility at conclusion of proceeding      RBM/dla dkt'd & dis'td 6/2/94 | | | | |
| | **MO**...day 14 of jury trial        dla | | | | |
| **JUN 2** | **MO**...15th day of jury trial.  Juror J Duck did not get here until 11 am (his wife was ill) Jurors to return at 9:30 tomorrow for final arguments      dla | | | | |
| **JUN 3** | **D**Ft's Motion for jgm of Acquittal     dla | | | | |
| | **D**Ft's Motion for jgm of Acquittal on Ct. 2 dla | | | | |
| | **MO**... Day 16 of Jury trial.  Evidence concluded,; fnl arguments; Court's charge to jury; jury deliberating; jury verdict rendered; jury trial ends; sentencing set for 9/1/94 at 3pm; jury deliberated from 3:45 bringing in verdict at 10pm (dft Aubin found guilty on Cts 1,2,5; dft Fuqua found not guilty on all counts)      dla | | | | |
| | JURY NOTES      dla | | | | |
| **JUN 6** | Verdict of the jury      dla | | | | |
| | **COURT"S CHARGE TO THE JURY**     RBM/dla | | | | |
| **JUN 8** | Memo to File...from J.T.  Trial Exhibits May & June, '94; Reporter: S Engledow (in 3 redweld folders)    To the Clerk on 6/8/94      dla | | | | |
| | Dft's Motion for Leave to Interview Jurors dla | | | | |
| **JUN 10** | **ORDER**...dft was found not guilty & is acquitted, dischard, & any bond is exonerated **RBM/dla**      dis't 6/10    dkt'd 6/13 | | | | |
| | **ORDER**...declaring moot dft Fuqua's Motions for jgm of acquittal filed 5/23/94, 5/25/94, 6/3/94      **RBM/dla**    dis'td 6/10 dkt'd 6/13/94 | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

RICHARD FUQUA p. 19

AO 256A ⊛

3:93cr57-T

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE Γ | Y |
|------|-------------|----------------|---|
| | (Document No.) | (a) | (b) | - |

**1994**

**JUN 10** — ORDER...granting in Part Motion to Compel Introduction of Fuqua's & Aubin's Depo Testimony. (refer to orig order for spec-ifics)    **RBM**/dla    dis'td 6/l0 dkt'd 6/13

**JUN 13** — ORDER...denying w/o prej dft Fuqua's Motion for Leave to Interview Jurors

JUL 14 — Joint Motion by Aubin & Fuqua for Leave to Interview Jurors          dla

JUL 18 — Pla's Opposition to Joint Motion for Leave to Interview Jurors          dla

JUL 19 — Dft's Resp to Pla's Opposition to Joint Motion for Leave to Interview Jurors          dla

JUL 20 — Pla's Report to Court re: substitution of exhibits          dla

**AUG 1** — ORDER...granting Jt Motion for Leave to Interview Jurors.  Ordered that Clerk forward copy of this order to ea juror empaneled to sit in this matter.    **RBM**/dla dkt'd & dis'td 8/2/94

**1995**
Jan 27 — TRANSCRIPT OF PRETRIAL MOTIONS, proceedings held on May 9, 1994 before the Hon. Robt. B. Maloney submitted by Sue Engledow.  Vol 1          gs

TRANSCRIPT OF PROCEEDINGS held on May 10, 1994 before the Hon. Robt. B. Maloney sumbitted by Sue Engledow Vol II

TRANSCRIPT OF PROCEEDINGS HELD on May 11, 1994, before the Hon. Robt. B Maloney, submitted by Sue Engledow Vol III          gs

TRANSCRIPT OF PROCEEDINGS held on May 12, 1994 before the Hon. Robt. B. Maloney as submittted by Sue  Engledow Vol IV.          gs

TRANSCRIPT OF PROCEEDING SHELD on May 16, 1994 before the Hon. Robt. B. Maloney submitted by Sue Engledow. Vol V.          gs

TRANSCRIPT OF PROCEEDINGS held on May 17, 1994 before the Hon. Robt. B Maloney as submitted by Sue Engledow. Vol VI.          gs

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A

RICHARD FUQUA      Page 20      3:93-cr-057-T

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| _ _3 | | | | | |
| Jan 27 | TRANSCRIPT OF PROCEEDINGS held on May 18, 1994 before the Hon. Robt. B. Maloney submitted by Sue Engledow Vol VII      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 20, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow Vol VIII      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 24, 1995 before the Hon. Robt. B. Maloney  Vol X.      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 23, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow Vol IX      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 25, 1994 before the Hon Robt. B Maloney submitted by Sue Engledow Vol XI      gs | | | | |
| | TRANSCRIPT ofPROCEEDINGS held on May 26, 1994 before the Hon. Robt. B Maloney sumbitted by Sue Engledow Vol XII      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on May 31, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow Vol XIV.      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 1, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow Vol XIV.      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 2, 1994 before the Hon. Robt. B Maloney sumbitted by Sue Engledow Vol XV      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS held on June 3, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow Vol XVI      gs | | | | |
| | TRANSCRIPT OF PROCEEDINGS of Sentencing held on October 12, 1994 before the Hon. Robt. B Maloney submitted by Sue Engledow. | | | | |
| Jun 6 | TRANSCRIPT OF VOIR DIRE OF JURY PANEL BEFORE the Hon. Robt. B. Maloney on May 10, 1994 submitted by Sue Engledow.      gs | | | | |
| 1996 | TRANSCRIPT OF COURT'S CHARGE & ARGUMENTS BEFORE THE HON. ROBT. B. MALONEY held on June 3, 1994 submitted by Sue Engledow.      gs | | | | |
| Mar 21 | TRANSCRIPT of Pretrial beforeRobt. Maloney on 4/28/96 submitted by Sue Engledow.      gs | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    RICHARD FUQUA      3:93-cr-057-T    Page 21

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--------------------------|:---:|:---:|:---:|:---:|
| | | (a) | (b) | (c) | (d) |
| 1993 | (Document No.) | | | | |
| **FEB 17** | EXHIBITS RETURNED to Parties      svc | | | | |
| FEB 20 | REC'D ACKNOWLEDGMENT of receipt of exhibits from Dft    svc | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|